THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANUFACTURERS TRUST COMPANY, as Successor Trustee to New York Trust Company under a Declaration of Trust for the Benefit of Holders of Investments in a Mortgage Guaranteed by New York Title & Mortgage Company, Series N-64, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants. [90 Riverside Drive, Borough of Manhattan.] Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Martin, P. J., and Peck, J., dissent in memorandum by Martin, P. J., as follows: After weighing the evidence and giving consideration to all relevant factors, I am of opinion that the order appealed from should be modified by fixing the assessed valuations as follows:

| Year | Land | Building | Total |
|---|---|---|---|
| 1942–43 | $350,000 | $1,200,000 | $1,550,000 |
| 1943–44 | 350,000 | 1,175,000 | 1,525,000 |

and as so modified affirmed.

HARRY H. ALTMAN, Respondent, v. PRUDENCE BONDS CORPORATION et al., Appellants, et al., Defendants.— Without passing upon the merits of the issues involved, we think that the determination of the Special Term on this motion was correct. Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer within ten days after service of order, with notice of entry, on payment of said costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

MARROW MANUFACTURING CORPORATION, Respondent, v. WALCO BEAD CO., INC., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted on the authority of Marrow Manufacturing Corp. v. Eitinger (ante, p. 830) and Marrow Manufacturing Corp. v. Eitinger Bead Co. (ante, p. 830), decided by this court on March 1, 1946. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RUTH GARFINKEL et al., Appellants, v. JULIUS BUCHSBAUM, Individually and as Executor and Trustee under the Wills of JENNIE F. BUCHSBAUM et al., Deceased, et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

RUTH GARFINKEL et al., Appellants, v. JULIUS BUCHSBAUM, Individually and as Executor and Trustee under the Wills of JENNIE F. BUCHSBAUM et al., Deceased, et al., Respondents.— Order, so far as appealed from, unanimously modified by allowing an examination of the defendants Buchsbaum and Maximilian Lavine as to items 2, 3, 4, 5, 8, 9, 10, 13, 14, 15, 18, 19, 20, 22, 25, 26, 27, 28, 30, 31, 32, 33, 34, 35 and 36, except that the words " All relevant facts in connection with" shall be eliminated from each of said items, and as so modified affirmed, with $20 costs and disbursements to the appellants. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 667 MADISON AVE., INC., Appellant, against WILLIAM W. MILLS, Constituting the Tax Commission of the City of New York, Respondents. [667–671 Madison Ave., Borough of Manhattan].— Order, insofar as appealed from, unanimously modified by fixing the values at the following amounts: 1943–44 Land, $515,000; Building, $280,000; Total $795,000 and as so modified affirmed, with $20 costs and dis-